**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2442**

LA'TILA D. ABBOTT,

          Plaintiff - Appellant,

     v.

MARKETSTAR CORP.,

          Defendant - Appellee,

     and

PHILLIPE AQUILINA; MARKETING WERKS; CYNTHIA SNOOT; ROSALIN
H. HALL-SMITH; EEOC,

          Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:13-cv-00143-HEH-MHL)

Submitted:  March 25, 2014      Decided:  March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

La'Tila D. Abbott, Appellant Pro Se.  Michael Eugene Blue, RAY,
QUINNEY & NEBEKER, PC, Salt Lake City, Utah; Tillman J.
Breckenridge, REED SMITH, LLP, Washington, DC; Betty S. W.
Graumlich, Robert Miltz Luck, III, REED SMITH, LLP, Richmond,

Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La'Tila D. Abbott appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abbott v. Marketstar Corp., No. 3:13-cv-00143-HEH-MHL (E.D. Va. Oct. 8, 2013). We deny Abbott's pending petitions for mandamus, for a jury trial, and to enjoin a non-party from filing documents in this appeal, and her pending motion to suppress, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED